# EXHIBIT

# 6

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 7:24-CV-00221-ADA-DTG

Plaintiff:
**Neural AI, LLC**

vs.

Defendant:
**Nvidia Corporation**

For:
Mark D. Siegmund

Received by Anthony Collins on the 16th day of October, 2025 at 10:16 am to be served on **Registered Agent for CoreWeave, Inc. National Registered Agents, 1999 Bryan Street, Suite 900, Dallas, Dallas County, TX 75201**.

I, Anthony Collins, being duly sworn, depose and say that on the **16th day of October, 2025** at **2:55 pm, I:**

Executed service by hand delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Plaintiff Neural AI, LLC's Notice of Service of Subpoena To Coreweave, Inc. (Coreweave); and First Amended Complaint for Patent Infringement** to: **Haile Greenlee ,** an authorized acceptance agent employed by **Registered Agent National Registered Agents, Inc.,** who is authorized to accept service of process for **CoreWeave, Inc.** , at the address of: **1999 Bryan Street, Suite 900, Dallas, Dallas County, TX 75201**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

**Anthony Collins**
PSC-357 Expires 12/31/2025

**Lexitas**
**1235 Broadway**
**2nd Floor**
**New York, NY 10001**
**(718) 672-1117**

Our Job Serial Number: ONT-2025008959
Ref: 25283782

Subscribed and Sworn to before me on the 17th day of October, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

ERIC JACOB HARRIS
Notary Public, State of Texas
Comm. Expires 08-12-2029
Notary ID 135527875

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e