# EXHIBIT

# 9

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 7:24-CV-00221-ADA-DTH

Plaintiff:
**Neural AI, LLC**

vs.

Defendant:
**Nvidia Corporation**

For:
Emily Portuguese

Received by Anthony Collins on the 24th day of June, 2026 at 4:46 pm to be served on **Coreweave Inc c/o CT Corporation System, 1999 Bryan St, Ste 900, Dallas, Dallas County, TX 75201**.

I, Anthony Collins, being duly sworn, depose and say that on the **25th day of June, 2026** at **2:55 pm, I:**

Executed service by hand delivering a true copy of the **Subpoena** to: **Al Johnson ,** an authorized acceptance agent employed by **Registered Agent CT Corporation System, Inc.,** who is authorized to accept service of process for **Coreweave Inc** , at the address of: **1999 Bryan St, Ste 900, Dallas, Dallas County, TX 75201**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30s, Sex: M, Race/Skin Color: Black, Height: 5'11, Weight: 220, Hair: Bald, Glasses: Y

"I certify that I am over the age of 18, have no interest in the above action. and authorized to serve process in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit. I declare under the penalty of perjury that the foregoing is true and correct.

ERIC JACOB HARRIS
Notary Public, State of Texas
Comm. Expires 08-12-2029
Notary ID 135527875
NOTARY PUBLIC STATE OF TEXAS

Subscribed and Sworn to before me on the 26th day of June, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

**Anthony Collins**
PSC-357 Expires 12/31/2027

**Lexitas**
**1235 Broadway**
**2nd Floor**
**New York, NY 10001**
**(718) 672-1117**

Our Job Serial Number: ONT-2026006078
Ref: 27255008

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e