# EXHIBIT

# 10

**Monday, August 17, 2026 at 7:16:19 PM Pacific Daylight Time**

**Subject:** Re: Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.
**Date:** Monday, August 17, 2026 at 7:03:01 PM Pacific Daylight Time
**From:** Tanner Laiche
**To:** Nick Valencia, Rocco Magni, Adam Kessel, Emily Portuguese, Neil Ramsaroop
**CC:** Max Tribble, Brian Melton, Tamar Lusztig, Samuel Drezdzon, Richard Wojtczak, Rachel Hanna, Rachel Solis

Counsel,

I am following up on my message below. We have not yet received a draft declaration from Coreweave. Because our deadline is tomorrow, we intend to file a motion to compel to preserve our rights and avoid any argument that the issue has been waived.

If Coreweave remains committed to resolving this dispute without motion practice, please send us a draft declaration as soon as possible.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 l tlaiche@susmangodfrey.com
401 Union Street l Suite 3000 l Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**
This e-mail contains privileged and confidential information, which may be subject to the attorney-client privilege and/or attorney work product protection. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Date:** Tuesday, August 11, 2026 at 9:58 AM
**To:** Nick Valencia <valencia@fr.com>; Rocco Magni <RMagni@susmangodfrey.com>; Adam Kessel <Kessel@fr.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Neil Ramsaroop <Ramsaroop@fr.com>
**Cc:** Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>
**Subject:** Re: Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.

Nick,

Thank you for your email.

As an update, NVIDIA has agreed to extend Neural AI's deadline to file third-party discovery motions through August 18. We would like to use that additional time to try to resolve the outstanding issues.

We appreciate Coreweave's continued investigation. Please send us any proposed edits to the declaration as soon as possible so that we can evaluate whether the declaration, as revised, would address the information sought by the subpoenas and avoid the need for additional discovery. To that end, we would appreciate the opportunity to review any proposed revisions before the declaration is finalized or executed. If the final declaration does not address material information or leaves material issues unclear, Neural AI reserves the right to seek that information through appropriate document or deposition discovery.

Given the timing, we would appreciate receiving your edits promptly. If we are unable to reach a resolution before the August 18 deadline, Neural AI will need to file a motion to preserve its rights and avoid any argument that it waived the issue. That would not prevent the parties from continuing to work toward a resolution. If we subsequently reach an agreement that resolves the outstanding discovery, Neural AI would promptly withdraw the motion.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 l tlaiche@susmangodfrey.com
401 Union Street l Suite 3000 l Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Nick Valencia <valencia@fr.com>
**Date:** Monday, August 10, 2026 at 12:51 PM

**To:** Tanner Laiche <TLaiche@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Adam Kessel <Kessel@fr.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Neil Ramsaroop <Ramsaroop@fr.com>
**Cc:** Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>
**Subject:** RE: Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.

EXTERNAL Email

Hi Tanner,

Thank you for sending this over. We have shared the draft declaration with our client. We will get any proposed revisions to you as soon as we have them.

Best,

**Nick Valencia**
Associate ■ Fish & Richardson P.C.

**T:** 713 654 5325 | valencia@fr.com

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Sent:** Friday, August 7, 2026 11:52 AM
**To:** Nick Valencia <valencia@fr.com>; RMagni@susmangodfrey.com; Adam Kessel <Kessel@fr.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Neil Ramsaroop <Ramsaroop@fr.com>
**Cc:** Max Tribble <MTRIBBLE@SusmanGodfrey.com>; bmelton@susmangodfrey.com; Tamar Lusztig <TLusztig@susmangodfrey.com>; SDrezdzon@susmangodfrey.com; Richard Wojtczak <rwojtczak@susmangodfrey.com>; RHanna@susmangodfrey.com; RSolis@susmangodfrey.com
**Subject:** Re: Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.

Counsel,

Thank you for the meet and confer earlier this week. As discussed, attached is a draft declaration. CoreWeave is, of course, welcome to revise the declaration as necessary to ensure it is accurate, including by identifying any issues as to which CoreWeave lacks sufficient corporate knowledge. Assuming we can reach agreement on a declaration addressing the key issues, we would withdraw the subpoenas in light of the executed declaration.

Please discuss the draft with your client and provide any proposed edits.

We are continuing to seek an extension of the August 11 deadline as it relates to third-party discovery and will update you when we hear back. If we are unable to obtain an extension, we may need to file a motion to compel solely to preserve our rights. In that event, we are happy to work with you to stipulate to an extension of CoreWeave's response deadline while the parties continue their discussions, and we would voluntarily withdraw the motion if and when we reach agreement on a declaration.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 I tlaiche@susmangodfrey.com
401 Union Street I Suite 3000 I Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Date:** Monday, August 3, 2026 at 5:20 PM
**To:** Nick Valencia <valencia@fr.com>; Rocco Magni <RMagni@susmangodfrey.com>; Adam Kessel <Kessel@fr.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Neil Ramsaroop <Ramsaroop@fr.com>
**Cc:** Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>
**Subject:** Re: Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.

I've circulated a calendar invite.

Thank you,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 I tlaiche@susmangodfrey.com
401 Union Street I Suite 3000 I Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Nick Valencia <valencia@fr.com>
**Date:** Monday, August 3, 2026 at 8:33 AM
**To:** Rocco Magni <RMagni@susmangodfrey.com>; Adam Kessel <Kessel@fr.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Neil Ramsaroop <Ramsaroop@fr.com>
**Cc:** Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>
**Subject:** RE: Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.

EXTERNAL Email

Hi Rocco,

Thank you for following up. We are available to confer on Wednesday from 10am–12pm CT or 2pm–5pm. Please let us know what time works best for you.

Best,

**Nick Valencia**
Associate ■ Fish & Richardson P.C.

**T:** 713 654 5325 **|** valencia@fr.com

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Sunday, August 2, 2026 8:59 PM
**To:** Adam Kessel <Kessel@fr.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Nick Valencia <valencia@fr.com>; Neil Ramsaroop <Ramsaroop@fr.com>
**Cc:** Max Tribble <MTRIBBLE@SusmanGodfrey.com>; bmelton@susmangodfrey.com; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; SDrezdzon@susmangodfrey.com; Richard Wojtczak <rwojtczak@susmangodfrey.com>; RHanna@susmangodfrey.com; RSolis@susmangodfrey.com
**Subject:** Re: Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.

Adam,

Our discovery deadline is approaching soon. Please let us know when you can confer again this upcoming week. Thanks.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Date:** Wednesday, July 29, 2026 at 9:51 AM
**To:** Adam Kessel <Kessel@fr.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Nick Valencia <valencia@fr.com>; Neil Ramsaroop <Ramsaroop@fr.com>
**Cc:** Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>
**Subject:** Re: Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.

Adam,

These are the items we would expect Coreweave to have that relate to customer usage of Nvidia software:

- **Customer support and troubleshooting records.**
Support tickets, support communications, customer Slack or Teams communications, incident reports, diagnostic bundles, troubleshooting records, screen-share recordings, meeting transcripts, technical-support session records, commands executed by CoreWeave personnel, architecture diagrams, and performance analyses, including records concerning NVIDIA software, GPU configuration, GPU-memory allocation, or GPU out-of-memory conditions.
- **Pod, container, application, and job logs.**
Pod logs, container stdout and stderr logs, application logs, Kubernetes event logs, kubelet logs, scheduler logs, Slurm logs, job logs, startup logs, error logs, crash logs, and out-of-memory records relating to any Relevant Workload, including logs identifying software names, executable names, libraries, software versions, command-line arguments, memory settings, memory allocation, memory reservation, or memory utilization.
- **Kubernetes workload specifications.**
Current and historical Kubernetes Pod, Deployment, StatefulSet, DaemonSet, Job, and CronJob specifications, including YAML and JSON manifests and fields identifying container images, commands, arguments, environment variables, resource requests, resource limits, runtime classes, mounted files, ConfigMaps, GPU resources, and NVIDIA devices.
- **Container-image identification records.**
Records identifying container images used in connection with any Relevant Workload, including image repository, image name, image tag, immutable digest, source registry, base image, image-pull date, and records mapping each image to the applicable customer, cluster, namespace, Pod, container, node, or GPU.
- **Configuration files and deployment materials.**
ConfigMaps, Helm charts, Helm values files, Terraform files, Kubernetes configuration files, deployment scripts, startup scripts, shell scripts, batch files, Slurm job-submission scripts, orchestration files, and other configuration materials
- **Container-runtime and OCI records.**
Containerd metadata, container runtime interface records, OCI runtime specifications, container-creation records, runtime configuration records, image and snapshot metadata, device-mount records, library-mount records, and other runtime records identifying the image, executable, command, arguments, environment variables, mounted files, or NVIDIA devices.
- **Records identifying NVIDIA software used by customers.**
Records identifying NVIDIA software Coreweave makes available to/installed for its customers.
- **Software inventories and bills of materials.**
Software bills of materials, package inventories, dependency inventories, image-scanning reports, vulnerability-scanning reports, software-composition analyses, package-manager outputs, or similar records identifying software, packages, libraries, dependencies, or versions installed in or associated with containers.
- **Container-registry proxy and cache records.**
Container-registry proxy logs, registry access logs, image-pull logs, image-cache records, cached OCI or Docker manifests, cached image-layer records, layer metadata, repository records, tag records, digest records, and source-registry records.
- **Kubernetes audit and API-server records.**
Kubernetes audit logs, API-server logs, API request and response records, control-plane records, and historical records concerning the creation, modification, patching, replacement, or deletion of Pods, containers, Jobs, ConfigMaps, Deployments, StatefulSets, or other resources.
- **NVIDIA process-accounting and diagnostic outputs.**
`nvidia-smi` outputs, `nvidia-smi pmon` outputs, NVML outputs, DCGM process-accounting records, GPU diagnostic records, GPU health records, troubleshooting captures, and similar records identifying processes, executable names, process IDs, GPU UUIDs, GPU assignments, or GPU memory consumed

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Adam Kessel <Kessel@fr.com>
**Date:** Monday, July 27, 2026 at 3:10 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>; Nick Valencia <valencia@fr.com>; Neil Ramsaroop

<Ramsaroop@fr.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>
**Subject:** RE: Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.
EXTERNAL Email

Counsel—we haven't received the focused list of topics you agreed to prove two weeks ago, so I suggest we postpone the call we had put on calendar for this afternoon until after you've provided that list and we have had an opportunity to investigate.

---

**From:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Sent:** Tuesday, July 14, 2026 6:28 PM
**To:** Nick Valencia <valencia@fr.com>; Adam Kessel <Kessel@fr.com>; Neil Ramsaroop <Ramsaroop@fr.com>
**Cc:** RMagni@susmangodfrey.com; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; bmelton@susmangodfrey.com; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; SDrezdzon@susmangodfrey.com; Richard Wojtczak <rwojtczak@susmangodfrey.com>; RHanna@susmangodfrey.com; RSolis@susmangodfrey.com
**Subject:** RE: Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.

Nick, I just sent an invite. Talk soon.

Best,
Emily

**Emily Portuguese** | **Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
eportuguese@susmangodfrey.com

---

**From:** Nick Valencia <valencia@fr.com>
**Sent:** Tuesday, July 14, 2026 6:22 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>; Adam Kessel <Kessel@fr.com>; Neil Ramsaroop <Ramsaroop@fr.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>
**Subject:** RE: Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.

EXTERNAL Email

Hi Emily,

We appreciate your willingness to discuss CoreWeave's proposal and the deposition scheduling. 3:00pm Central on Thursday works for us. Please send a call invite at your convenience.

Thank you,

**Nick Valencia**
Associate ■ Fish & Richardson P.C.

**T:** 713 654 5325 | valencia@fr.com

---

**From:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Sent:** Tuesday, July 14, 2026 2:42 PM
**To:** Nick Valencia <valencia@fr.com>; Adam Kessel <Kessel@fr.com>; Neil Ramsaroop <Ramsaroop@fr.com>
**Cc:** RMagni@susmangodfrey.com; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; bmelton@susmangodfrey.com; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; SDrezdzon@susmangodfrey.com; Richard Wojtczak <rwojtczak@susmangodfrey.com>; RHanna@susmangodfrey.com; RSolis@susmangodfrey.com
**Subject:** RE: Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.

Hi Nick,

Thanks for the below emails. We are willing to discuss the deposition subpoena and CoreWeave's response, including regarding alternative means of providing the relevant information. We are available for a call this Thursday at 12:30pm or 3pm Central.

Similarly, we are willing to move the deposition date from July 21 to a date in early August. Please let me know what day works for CoreWeave, subject to availability of the to-be-designated witness.

Thanks,
Emily

**Emily Portuguese** | **Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
eportuguese@susmangodfrey.com

---

**From:** Nick Valencia <valencia@fr.com>
**Sent:** Monday, July 13, 2026 5:30 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>; Adam Kessel <Kessel@fr.com>; Neil Ramsaroop <Ramsaroop@fr.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>
**Subject:** RE: Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.

EXTERNAL Email

Hi Emily,

Just following up on the below. CoreWeave is still evaluating whether it can identify an appropriate witness for the noticed topics and would appreciate the opportunity to discuss its proposal regarding alternative means of providing relevant information and otherwise moving the July 21 deposition to early August.

Please let us know your availability for a call.

Thank you,

**Nick Valencia**
Associate ■ Fish & Richardson P.C.

**T:** 713 654 5325 | valencia@fr.com

---

**From:** Nick Valencia
**Sent:** Wednesday, July 8, 2026 10:22 PM
**To:** 'Emily Portuguese' <EPortuguese@susmangodfrey.com>; Adam Kessel <Kessel@fr.com>; Neil Ramsaroop <Ramsaroop@fr.com>
**Cc:** RMagni@susmangodfrey.com; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; bmelton@susmangodfrey.com; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; SDrezdzon@susmangodfrey.com; Richard Wojtczak <rwojtczak@susmangodfrey.com>; RHanna@susmangodfrey.com; RSolis@susmangodfrey.com
**Subject:** RE: Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.

Hi Emily,

I write on behalf of CoreWeave regarding Neural AI's deposition subpoena, currently set for July 21.

Having reviewed the noticed topics, most concern NVIDIA software, drivers, and libraries that CoreWeave makes available to its customers largely on a pass-through basis, rather than software CoreWeave itself developed or has unique knowledge of. As a non-party, CoreWeave needs time to assess whether it can identify and prepare a designee who can meaningfully testify to the various topics.

Given that, a deposition may not be the most efficient way to get Neural AI what it needs. CoreWeave is willing to provide information about its business, potentially including a declaration, describing its role and its use of NVIDIA hardware and software, which we expect will narrow or eliminate the need for testimony on the noticed topics. Preparing a witness on any technical details that remain will also take time given CoreWeave's non-party status.

For both reasons, we ask that the deposition be moved from July 21 to a date in early August, still within the August 11 discovery deadline. CoreWeave has not yet identified a witness, however, so any date would necessarily be subject to the availability of an appropriate witness once one is identified. Nothing in this proposal is intended to waive CoreWeave's objections or its right to seek relief under Rule 45.

Please let us know your availability for a call this week or next week to discuss.

Thank you,

**Nick Valencia**
Associate ■ Fish & Richardson P.C.

**T:** 713 654 5325 | valencia@fr.com

---

**From:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Sent:** Wednesday, June 24, 2026 3:18 PM
**To:** Olivia Nguyen (Left as of 4/30/2026) <onguyen@fr.com>; Adam Kessel <Kessel@fr.com>; Neil Ramsaroop <Ramsaroop@fr.com>
**Cc:** RMagni@susmangodfrey.com; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; bmelton@susmangodfrey.com; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; SDrezdzon@susmangodfrey.com; Richard Wojtczak <rwojtczak@susmangodfrey.com>; RHanna@susmangodfrey.com; RSolis@susmangodfrey.com
**Subject:** Neural AI v. NVIDIA - Subpoena to CoreWeave, Inc.

[This email originated outside of F&R.]

Counsel,

Please see attached deposition subpoena in Neural AI v. NVIDIA being served on CoreWeave. Please let me know if you have any questions or would like to set up a meet and confer to discuss the topics.

Thanks,
Emily

**Emily Portuguese** | **Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
One Manhattan West | 50th Floor | New York, New York 10001
HOUSTON • LOS ANGELES • SEATTLE • NEW YORK
eportuguese@susmangodfrey.com

****************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
****************************************************************************************************************************

****************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
****************************************************************************************************************************

****************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
****************************************************************************************************************************

****************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
****************************************************************************************************************************

****************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
****************************************************************************************************************************