# EXHIBIT

# 12

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC<br>Plaintiff,<br>v.<br>NVIDIA CORPORATION<br>Defendant. | Case No. 7:24-cv-00221-ADA-DTG<br>**JURY TRIAL DEMANDED** |

DECLARATION OF [DECLARANT NAME] REGARDING COREWEAVE, INC.'S DEPLOYMENT AND PROVISION OF NVIDIA GPU HARDWARE AND SOFTWARE

I, [DECLARANT NAME], declare as follows:

1. I am [TITLE] of CoreWeave, Inc. ("CoreWeave"). I am over the age of eighteen and competent to make this declaration. I make this declaration based on my personal knowledge and a reasonably diligent investigation, including consultation with employees knowledgeable about CoreWeave's NVIDIA hardware, software, infrastructure, and customer services and review of relevant ordinary-course records.

2. I understand that this declaration is submitted in connection with the subpoenas served on CoreWeave on October 16, 2025 and June 24, 2026, in the above-captioned action (the "Subpoenas"). Unless otherwise stated, capitalized terms have the meanings given in the Subpoenas, attached as Exhibit A and B.

3. The relevant period for this declaration is September 13, 2018 through the present. This declaration concerns NVIDIA GPU-Acceleration Hardware and NVIDIA GPU-Acceleration Software that were sold, licensed, provided, fulfilled, integrated, deployed, supported, or used in

the United States, or to support or enable customers, products, services, facilities, or other business activities located in or directed toward the United States.

4. CoreWeave is a specialized cloud service provider, NVIDIA customer, and NVIDIA partner. CoreWeave acquires NVIDIA GPUs and related NVIDIA networking and software technologies, deploys and operates them in CoreWeave-controlled cloud infrastructure, and provides customers access to GPU-accelerated computing services.

5. CoreWeave installs and configures the NVIDIA GPUs and the underlying NVIDIA software used with those GPUs before customers deploy their own applications, models, containers, data, or other higher-level software. Schedule A identifies the NVIDIA GPUs and NVIDIA software that CoreWeave deploys, installs, configures, or supports during the relevant period.

6. CoreWeave provides those GPU-accelerated services directly to customers that use the NVIDIA GPUs and software for training, inference, high-performance computing, rendering, and other GPU-accelerated workloads.

7. In the ordinary course of business, CoreWeave does not modify the design or functionality of the NVIDIA GPUs or NVIDIA software identified in Schedule A. CoreWeave installs, configures, integrates, tests, deploys, operates, maintains, and supports that hardware and software consistent with NVIDIA's applicable specifications, reference architectures, instructions, documentation, and technical guidance.

8. Customers are not required to modify the NVIDIA GPUs or the CoreWeave-provisioned NVIDIA software to use CoreWeave's services. Customers generally supply and control their own applications, models, containers, data, and other higher-level software.

9. NVIDIA provides or makes available to CoreWeave specifications, reference

architectures, installation and configuration instructions, driver and runtime guidance, deployment documentation, training, technical support, and other assistance concerning the NVIDIA GPUs and software. CoreWeave relies on those materials and assistance in deploying, operating, maintaining, and supporting the NVIDIA hardware and software and in enabling customer use.

10. CoreWeave customers actually launch and run workloads on the NVIDIA GPUs using the NVIDIA drivers, CUDA runtime environment, libraries, and other NVIDIA software that CoreWeave installs, configures, or makes available as reflected in Schedule A. CoreWeave's ordinary-course provisioning, scheduling, monitoring, metering, billing, and support records reflect that customer use.

11. In the ordinary course of business, CoreWeave understands that its customers also use higher-level NVIDIA GPU-Acceleration Software, applications, libraries, and frameworks beyond the NVIDIA software CoreWeave preinstalls or configures on the GPU servers. CoreWeave understands that customers deploy and use that additional software with the NVIDIA GPUs and underlying NVIDIA software environment provided by CoreWeave to perform their own workflows and applications.

12. In CoreWeave's standard configurations, data used for GPU computations is made available to the host system and transferred to GPU memory for processing. During or after GPU computation, input data, intermediate results, or output data may remain in GPU memory or may be transferred to CPU or host memory, storage, a network, or another GPU. CoreWeave does not modify NVIDIA software to alter the standard data-movement functionality provided by NVIDIA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on [DATE], in [CITY, STATE].

______________________________________

[DECLARANT NAME]

[TITLE]
COREWEAVE, INC.
SCHEDULE A

**NVIDIA GPUs AND NVIDIA SOFTWARE DEPLOYED OR CONFIGURED BY COREWEAVE**

| NVIDIA GPU architecture and model | NVIDIA software installed, configured, or supported for use with the GPU | CoreWeave deployment or configuration activity; versions, where maintained | Relevant date range. |
|---|---|---|---|
| [INSERT] | [INSERT] | [INSERT] | [INSERT] |

*Add rows or attach additional pages as needed.*