# EXHIBIT

# 13

CoreWeave recognized as a Visionary in the Gartner® Magic Quadrant™ for Cloud AI Infrastructure. Read the report



Published on September 5, 2020

# CoreWeave + NVIDIA

by Brian Venturo




If you're familiar with our team at CoreWeave, you've heard us talk a lot about three core components of our cloud infrastructure: an unparalleled scale of compute resources, the broadest selection of high-end NVIDIA GPUs on the market, and the industry's best economics. Today, as we announce that we've formally joined the Cloud Service Provider Program within the **NVIDIA Partner Network (NPN)** as a Preferred Partner, we'd like to share how this relationship empowers us to deliver on these promises to our clients, and why it has been an important part of our business for years.

First, our scale. We have a large fleet of NVIDIA GPUs available on-demand in our fleet. It's not necessarily the volume that makes this significant, but rather the access it provides. Businesses rely on CoreWeave Cloud to run the compute intensive workloads that allow them to deliver client projects, hit deadlines, and accommodate end-user demand. Having a partner like NVIDIA ensures that we're able to provide the scale of resources that our clients need.

Second, our selection. We maintain a broad selection of NVIDIA GPUs, because the use cases we serve require different compute resources. We've designed systems that "right-size" workloads, so whether you're training ML models, running inference, rendering or pixel streaming, we can match the complexity of your project with the most efficient compute resources. Not more, not less: just right.

And third, our pricing. Our clients find that we're up to 80% more cost-effective than our competitors. We bill when your experiences are ready to serve because, well, if we're going to talk about usage-based pricing, then you should only pay for what you actually use. Our infrastructure is designed to optimize for both performance and cost, combining the ideal GPU resources with a suite of value-added services out of the box.

We believe in building a cloud infrastructure that puts our clients' compute-intensive workloads first. Our collaboration with NVIDIA has always allowed us to develop solutions with creators, innovators, and engineers in mind. Formally joining the NPN as a Cloud Service Provider Program partner ensures that we'll be able to continue doing so for years to come.

Share this article:

## Related Blogs




**Celebrating the One Billion Runs Milestone on Weights & Biases**

3 min read



**What Comes Next: Operating and Evolving the Production AI Factory**

8 min read



**The AI Loop: Launch Day Is Day One**

6 min read



**Why AI Factories Need Proof Before Production**



**Your Ag Infrastr**



We use cookies to enhance your browsing experience and analyze site traffic. By continuing to use our site, you consent to our use of cookies.

Learn More Manage My Cooki

CoreWeave recognized as a Visionary in the Gartner® Magic Quadrant™ for Cloud AI Infrastructure. Read the report





© CoreWeave.
290 W Mt Pleasant Ave
Suite 4100
Livingston, NJ 07039

We use cookies to enhance your browsing experience and analyze site traffic. By continuing to use our site, you consent to our use of cookies.

Learn More