# EXHIBIT

# 14

CoreWeave recognized as a Visionary in the Gartner® Magic Quadrant™ for Cloud AI Infrastructure. Read the report ›



Published on July 14, 2021

2 min read

# CoreWeave Becomes NVIDIA's First Elite Cloud Services Provider for Compute

*by Max Hjelm*




***Spe·cial·ized:*** characterized by or exhibiting biological specialization especially : highly differentiated especially in a particular direction or for a particular end.

**CoreWeave is a *specialized* cloud**, delivering access to NVIDIA GPUs on top of one of the industry's fastest and most flexible cloud infrastructures. We build cloud solutions for compute-intensive use cases that are up to 35x faster and 80% less expensive than what has become the industry norm.

As we've continued to differentiate ourselves from the large, generalized clouds, it's become clear that the VFX, ML, AI, Batch Processing, and Pixel Streaming use cases desperately need instant access to scale across a wide variety of compute, more flexibility from their cloud infrastructure, better support, and more approachable pricing. Specialization, in this sense, starts with providing a broad range of compute options for our clients, so they can find the right fit for their workloads. We've put our money where our mouth is by building one of the industry's most robust offering of NVIDIA GPUs.

Last September, we announced CoreWeave had joined the **NVIDIA Partner Network (NPN)** as a Preferred Cloud Services Provider (CSP). This was a meaningful first step in establishing CoreWeave's place as the first specialized cloud provider.

Today, we're excited to share that we're the ***first Elite CSP for compute in the NPN program***.

"Naming CoreWeave as our first Elite partner specialized for compute is a reflection of their ability to deliver world-class solutions for AI, ML, HPC and rendering use cases using the breadth of our compute resources," said Matt McGrigg, Director of Global Business Development for Cloud and Strategic Partners at NVIDIA.

***Why does it matter?***

A central component of the value we deliver to the industry is through our collaboration with NVIDIA. With **over 10 NVIDIA SKUs** available on CoreWeave Cloud, our clients are able to access a variety of GPU types that are purpose-built for their use case rather than the "one size fits all" approach found on many other clouds. This is a significant reason why we're able to deliver a performance-adjusted cost that's up to 80% less expensive than the large, generalized clouds.

CoreWeave believes in building a cloud infrastructure that puts our clients' graphics and compute-intensive workloads first. This year, as we've scaled our fleet across both the Quadro RTX and NVIDIA Ampere architecture GPU series - including the largest deployment of NVIDIA A40 GPUs in North America - we've made good on that promise to our clients. This next phase of our collaboration with NVIDIA means that we're positioned to meet our clients at an even larger scale, and we can't wait to share other exciting new developments over the coming months.

To learn more about how CoreWeave can accelerate your business' computing needs, **get in touch.**

Share this article:












We use cookies to enhance your browsing experience and analyze site traffic. By continuing to use our site, you consent to our use of cookies.

Learn More

Manage My Cooki

CoreWeave recognized as a Visionary in the Gartner® Magic Quadrant™ for Cloud AI Infrastructure. Read the report >





© CoreWeave.
290 W Mt Pleasant Ave
Suite 4100
Livingston, NJ 07039

We use cookies to enhance your browsing experience and analyze site traffic. By continuing to use our site, you consent to our use of cookies.

Learn More