# EXHIBIT

# 16

CoreWeave recognized as a Visionary in the Gartner® Magic Quadrant™ for Cloud AI Infrastructure. Read the report

CoreWeave
CoreWeave Cloud | Products | Solutions | Pricing | Resources | About us | Contact us | Login




# Open roles

Come build the future with us.

Our diverse, expanding team is always looking for new talent. See our open in-office, hybrid, and remote tech jobs—and apply to your perfect fit today.

Explore CoreWeave culture →

Notice on recruitment fraud →

Openings in Europe →
Openings in Canada →
Openings in APAC →
Openings at Weights & Biases →

CoreWeave

Search for jobs or keywords

Location | Team | Sort by: Relevance

30 Jobs

## Data Center

We use cookies to enhance your browsing experience and analyze site traffic. By continuing to use our site, you consent to our use of cookies.

**Data Center Technician – Afton, TX**

Afton, TX - DC

Learn More
Manage My Cookies Se

CoreWeave recognized as a Visionary in the Gartner® Magic Quadrant™ for Cloud AI Infrastructure. Read the report



Dallas, TX

**Operations Engineer, Fleet Reliability**
Bellevue, WA / New York, NY / Plano, TX - DC / Richmond, VA - DC / Sunnyvale, CA / Washington, DC

**Operations Engineering Manager, Fleet Reliability**
Dallas, TX / Livingston, NJ / New York, NY / Sunnyvale, CA / Washington, DC

**Staff Storage Engineer, File & Block**
Bellevue, WA / Dallas, TX / Livingston, NJ / New York, NY / San Francisco, CA / Sunnyvale, CA

**Staff Storage Engineer, File & Block**
Bellevue, WA / Dallas, TX / Livingston, NJ / New York, NY / San Francisco, CA / Sunnyvale, CA

**Staff Storage Engineer, File & Block**
Bellevue, WA / Dallas, TX / Livingston, NJ / New York, NY / San Francisco, CA / Sunnyvale, CA

## Finance

**Director of Controllership Transformation**
Dallas, TX

**Director, Operations Accounting Enablement – Fixed Assets**
Dallas, TX

**Director, Operations Accounting – Supply Chain**
Dallas, TX

**Inventory Accounting Manager, Operations**
Dallas, TX

**Manager, Corporate Development (M & A) Accounting**
Dallas, TX / New York, NY / Sunnyvale, CA

**Manager, Data Center Operations Accounting**
Dallas, TX

**Operations Accounting – Inventory Manager**
Dallas, TX

**Senior Accountant, Accounts Payable**
Dallas, TX

**Senior Accountant, Debt Accounting**
Dallas, TX

**Senior Accountant – Leases**
Dallas, TX

**Senior Associate, SEC Reporting & Technical Accounting**
Dallas, TX

**Senior Manager, Joint Venture & VIE**
Dallas, TX / New York, NY / Sunnyvale, CA

**Senior Manager, Operations Accounting Data Center Infrastructure**
Dallas, TX

**Senior Manager, Operations Accounting – Fixed Assets**
Dallas, TX

**Senior Manager, Technical Accounting**
Dallas, TX / New York, NY / Seattle, WA / Sunnyvale, CA

We use cookies to enhance your browsing experience and analyze site traffic. By continuing to use our site, you consent to our use of cookies.

## Global Field Organization

Learn More

CoreWeave recognized as a Visionary in the Gartner® Magic Quadrant™ for Cloud AI Infrastructure. Read the report



## Marketing

**Senior Front End Web Developer**
Bellevue, WA / Dallas, TX / Livingston, NJ / New York, NY / San Francisco, CA / Sunnyvale, CA

**Sr. Website UI/UX Designer**
Bellevue, WA / Dallas, TX / Livingston, NJ / New York, NY / San Francisco, CA / Sunnyvale, CA

## People

**Learning Partner– Technical Development**
Bellevue, WA / Dallas, TX / Sunnyvale, CA

**Learning Partner– Technical Development**
Bellevue, WA / Dallas, TX / Sunnyvale, CA

**People Program Manager**
Dallas, TX

## Strategic Financing

**Manager, Utility & Energy**
Bellevue, WA / Dallas, TX / Livingston, NJ / New York, NY / Sunnyvale, CA

## Supply Chain & Capacity Operations

**Inventory Control Specialist - Denton, TX**
Denton, TX - DC



We use cookies to enhance your browsing experience and analyze site traffic. By continuing to use our site, you consent to our use of cookies.

Learn More

CoreWeave recognized as a Visionary in the Gartner® Magic Quadrant™ for Cloud AI Infrastructure. Read the report



Livingston, NJ 07039

We use cookies to enhance your browsing experience and analyze site traffic. By continuing to use our site, you consent to our use of cookies.

Learn More