# EXHIBIT

# 17

Don Huffines
Texas Comptroller of Public Accounts

Taxes

### Data Centers in Texas

Following are lists of all registered Qualifying Data Centers and Qualifying Large Data Center Projects in Texas.

---

▼ Registered Qualifying Data Center Projects

- 0 - 9
- A
- B
- C
- D
- E
- F
- G
- H
- I
- J
- K
- L
- M
- N
- O
- P
- Q
- R
- S
- T
- U
- V
- W
- X
- Y

| Data Center | Effective Date | Owner Name | Owner Registration Number | Occupant Name | Occupant Registration Number | Operator Name | Operator Registration Number | Exemption End Date |
|---|---|---|---|---|---|---|---|---|
| **1102 McKinzie LLC Data Center** | 02/23/2024 | 1102 McKinzie LLC | DC832828-OW1 | 1102 McKinzie LLC | DC832828-OC1 | 1102 McKinzie LLC | DC832828-OP1 | |
| **1242 McKinzie LLC Data Center** | 06/11/2024 | 1242 McKinzie LLC | DC778911-OW1 | 1242 McKinzie LLC | DC778911-OC1 | 1102 McKinzie LLC | DC778911-OP1 | |
| **3301 Hibbetts Road Data Center** | 02/20/2024 | | | Coreweave, Inc. | DC481494-OC1 | • Core Scientific, Inc.<br>• Coreweave Compute Acquisition Co. II. LLC<br>• CCAC IV.II, LLC | • DC481494-OP1<br>• DC481494-OP2<br>• DC481494-OP3 | |
| **ALE60 Data Center** | 01/01/2021 | COPT San Antonio LP | DC046706-OW1 | Amazon Data Services Inc. | DC046706-OC1 | Amazon Data Services Inc. | DC046706-OP1 | |
| **ALE61 Data Center** | 01/01/2021 | Amazon Data Services Inc. | DC271710-OW1 | Amazon Data Services Inc. | DC271710-OC1 | Amazon Data Services Inc. | DC271710-OP1 | |
| **ALE62 Data Center** | 01/01/2021 | Amazon Data Services Inc. | DC470569-OW1 | Amazon Data Services Inc. | DC470569-OC1 | Amazon Data Services Inc. | DC470569-OP1 | |
| **Austin Data Center 2 LLC** | 01/15/2025 | Austin Data Center 2 LLC | DC106300-OW1 | Design, LLC | DC106300-OC1 | Google, LLC | DC106300-OP1 | |
| **Bastrop Project One** | 12/06/2023 | Ocean Blockchain LLC | DC737649-OW1 | Ocean Blockchain LLC | DC737649-OC1 | Ocean Blockchain LLC | DC737649-OP1 | |
| **Bexar 1** | 07/24/2026 | Amazon Data Services, Inc. | DC463597-OW1 | Amazon Data Services, Inc. | DC463597-OC1 | Amazon Data Services, Inc. | DC463597-OP1 | |
| **C1 Dallas - Allen (LOT 1) LLC** | 11/01/2024 | C1 Dallas - Allen (LOT 1) LLC | DC719806-OW2 | Oracle America Cloud Services LLC | DC719806-OC2 | • C1 Dallas - Allen (LOT 1) LLC<br>• Oracle America, Inc. | • DC719806-OP2<br>• DC719806-OP3 | |
| **C1 Richardson LLC Data Center** | 05/08/2025 | C1 Richardson LLC | DC037947-OW1 | Coreweave, Inc. | DC037947-OC1 | C1 Richardson LLC | DC037947-OP1 | |
| **Canadian Breaks Data Center** | 09/05/2024 | Zephyr Infrastructure LLC | DC536163-OW1 | American Bitcoin Operating LLC | DC536163-OC2 | Zephyr Infrastructure LLC | DC536163-OP1 | |
| **Cedarvale, Barslow/Pyote TX Data Center** | 01/30/2024 | Ionic Digital Cedarvale LLC | DC961705-OW1 | Ionic Digital Mining LLC | DC961705-OC1 | Ionic Digital Mining LLC | DC737649-OP1 | 03/15/2026 |
| **Cipher Black Pearl LLC Data Center** | 02/15/2024 | Cipher Black Pearl LLC | DC470713-OW1 | Cipher Black Pearl LLC | DC470713-OC1 | Cipher Black Pearl LLC | DC470713-OP1 | 01/22/2026 |
| **Cipher Mining Technologies Inc. - Odessa Site** | 01/24/2023 | Cipher Mining Technologies Inc. | DC453534-OW1 | Cipher Mining Technologies Inc. | DC453534-OC1 | Cipher Mining Technologies Inc. | DC453534-OP1 | |
| **DFW 9** | 10/01/2025 | DB Data Center Red Oak, LLC | DC047213-OW1 | Oracle America Cloud Services LLC | DC047213-OC1 | Databank Holdings LTD | DC047213-OP1 | |
| **DFW 10** | 10/01/2025 | DB Data Center Red Oak, LLC | DC961212-OW1 | Oracle America Cloud Services LLC | DC961212-OC1 | Databank Holdings LTD | DC961212-OP1 | |
| **DFW 11** | 10/01/2025 | DB Data Center Red Oak, LLC | DC018720-OW1 | Oracle America Cloud Services LLC | DC018720-OC1 | Databank Holdings LTD | DC018720-OP1 | |
| **DFW 12** | 10/01/2025 | DB Data Center Red Oak, LLC | DC 358218-OW1 | Oracle America Cloud Services LLC | DC 358218-OC1 | Databank Holdings LTD | DC358218-OP1 | |
| **DFW 37** | 05/14/2025 | Digital Garland Campbell, L.P. | DC310690-OW1 | LinkedIn Corporation | DC310690-OC1 | Digital Garland Campbell, L.P. | DC310690-OP1 | |
| **Digital Garland** | 06/13/2022 | DDI Garland, LLC | DC137575-OW2 | Wells Fargo Bank, NA | DC137575-OC1 | DDI Garland, LLC | DC137575-OP2 | |
| **Dory Creek LLC Data Center** | 04/03/2023 | Bitdeer Inc. | DC470313-OW1 | Dory Creek LLC | DC470313-OC2 | Dory Creek LLC | DC470313-OP2 | |
| **Fort Blocks LLC Data Center** | 01/01/2022 | Fort Blocks LLC | DC906762-OW1 | Fort Blocks LLC | DC906762 - OC1 | Fort Blocks LLC | DC906762-OP1 | |
| **Fort Haskell Data Center** | 01/16/2024 | Fort Haskell LLC | DC112125-OW1 | Fort Haskell LLC | DC1125125-OC1 | Fort Haskell LLC | DC112125-OP1 | |
| **Giga Texas Datacenter** | 03/25/2024 | Tesla, Inc. | DC541552-OW1 | Tesla, Inc. | DC541552-OC1 | Tesla, Inc. | DC541552-OP1 | 04/09/2024 |
| **Hackberry Data Center** | 12/15/2025 | Silver Basin Digital Infrastructure LLC | DC856324-OW1 | American Bitcoin Operating LLC | DC856324-OC1 | Silver Basin Digital Infrastructure LLC | LLC DC856324-OP1 | |
| **HELO1 DC** | 06/08/2021 | GALAXY HELIOS I | DC589085-OW3 | COREWEAVE, INC. | DC589085-OC2 | • GALAXY HELIOS I<br>• Coreweave Compute Acquisition Co. III, LLC | • DC589085-OP3<br>• DC589085-OP4 | |
| **Hockley Data Center** | 07/20/2024 | SF HOUH LLC | DC591479-OW1 | SF HOUH LLC | DC591479-OC1 | SF HOUH LLC | DC591479-OP1 | 08/19/2024 |
| **Independence Data Center** | 08/20/2024 | | | Core42 Holding US LLC | DC135257-OC1 | Core42 Holding US LLC | DC135257-OP1 | |
| **Lancium Fort Stockton Clean Campus** | 07/20/2022 | Lancium LLC | DC649982-OW1 | Lancium LLC | DC649982-OC1 | Lancium LLC | DC649982-OP1 | |
| **Lewisville DFW38** | 04/01/2022 | DDI Lewisville, LLC | DC070821-OW2 | Wells Fargo Bank National Association | DC070821-OC1 | DDI Lewisville, LLC | DC070821-OP2 | |
| **LBB01 Data Center** | 07/10/2026 | ALIGNED DATA CENTERS (ABERNATHY) PROPCO, LLC | DC239012-OW1 | Lambda Procurement, LLC | DC239012-OC1 | Lambda, Inc. | DC239012-OP1 | |
| **LinkedIn Richardson Texas Data Center** | 02/20/2014 | Collins Technology Park Partners LLC | DC022785-OW1 | LinkedIn Corporation | DC022785-OC1 | Collins Technology Park Partners LLC | DC022785-OP1 | 02/20/2029 |
| **Lonestar Taproot LLC - Pyote** | 02/15/2022 | Lonestar Dream Inc. | DC638924-OW2 | Lonestar Dream Inc. | DC638924-OC2 | Lonestar Dream Inc. | DC638924-OP2 | 02/25/2026 |
| **Lonestar Taproot LLC - Tarbush** | 02/15/2022 | Lonestar Dream Inc. | DC976606-OW1 | Lonestar Dream Inc. | DC976606-OC1 | Lonestar Dream Inc. | DC976606-OP1 | 02/25/2026 |
| **Microsoft Corporation** | 12/01/2013 | Microsoft Corporation | DC993797-OW1 | Microsoft Corporation | DC993797-OC1 | Microsoft Corporation | DC993797-OP1 | |
| **Microsoft San Antonio (SAT14)** | 08/18/2021 | Microsoft Corporation | DC969263-OW1 | Microsoft Corporation | DC969263-OC1 | Microsoft Corporation | DC969263-OP1 | |
| **NADC** | 09/01/2013 | Microsoft Corporation | DC718710-OW1 | Chevron USA Inc. | DC718710-OC1 | McKinstry Essention, LLC | DC718710-OP2 | 09/01/2023 |
| **NTT Global Data Centers Americas - Dallas TX2** | 10/20/2022 | NTT Global Data Centers TX, LLC | DC022646-OW2 | Amazon Data Services, Inc. | DC022646-OC2 | NTT Global Data Centers Americas, Inc. | DC022646-OP2 | |
| **NTT Global Data Centers Americas - Dallas TX3** | 10/01/2022 | NTT Global Data Centers TX, LLC | DC324632-OW2 | Amazon Data Services, Inc. | DC324632-OC2 | NTT Global Data Centers Americas, Inc. | DC324632-OP3 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **NTT Global Data Centers Americas - Dallas TX4** | 04/18/2024 | NTT Global Data Centers TX, LLC | DC101549-OW2 | Amazon Data Services, Inc. | DC101549-OC2 | NTT Global Data Centers Americas, Inc. | DC101549-OP2 | |
| **Princeton ProjectCo LLC** | 06/30/2026 | Princeton ProjectCo LLC | DC746759-OW1 | Princeton ProjectCo LLC | DC746759-OC1 | Princeton ProjectCo LLC | DC746759-OP1 | |
| **Project Star** | 05/26/2026 | 3350 Marquis LP | DC949640-OW1 | 3350 Marquis LP | LP DC949640-OC1 | 3350 Marquis LP | LP DC949640-OP1 | |
| **QTS Irving DC3 Data Center** | 02/09/2024 | QTS Irving DC3, LLC | DC575604-OW1 | Microsoft Corporation | DC575604-OC1 | • QTS Irving DC3, LLC<br>• Quality Technology Services, LLC | • DC575604-OP1<br>• DC575604-OP2 | |
| **Rellis Campus Data and Research Center** | 09/15/2020 | Rellis Campus Data and Research Center LLC | DC894395-OW1 | Rellis Campus Data and Research Center LLC | DC894395-OC1 | Rellis Campus Data and Research Center LLC | DC894395-OP1 | |
| **San Antonio Data Center II** | 05/04/2016 | CyrusOne LLC | DC053978-OW1 | Microsoft Corporation | DC053978-OC1 | CyrusOne LLC | DC053978-OP1 | |
| **San Antonio Data Center III** | 05/25/2017 | CyrusOne LLC | DC086194-OW1 | Microsoft Corporation | DC086194-OC1 | CyrusOne LLC | DC086194-OP1 | |
| **SDC - Austin Tandem Data Center** | 03/13/2024 | SDC - Austin LLC | DC590947-OW1 | Cirrascale Cloud Services, LLC | DC590947-OC1 | SDC - Austin LLC | DC590947-OP1 | |
| **SDC DFW VIII, L.P.** | 03/27/2023 | SDC DFW VIII, L.P. | DC496068-OW1 | GOOGLE LLC | DC496068-OC1 | • SDC DFW VIII, L.P.<br>• Jones Lang La Salle Amercias, Inc.<br>• Design, LLC | • DC496068-OP1<br>• DC496068-OP2<br>• DC496068-OP3 | |
| **SDC SATB1** | 03/10/2024 | SDC SA III, L.P. | DC615003-OW1 | Microsoft Corporation | DC615003-OC1 | SDC SA III, L.P. | DC615003-OP1 | |
| **State Farm Richardson Data Center** | 06/01/2015 | JDM III SF Dallas DC LLC | DC245709-OW3 | State Farm Mutual Auto Ins. Co. | DC245709-OC1 | State Farm Mutual Auto Ins. Co. | DC245709-OP1 | 06/01/2030 |
| **Stream DFW VII Data Center** | 02/07/2022 | SDC DFW VII LP | DC338025-OW1 | OBOE LLC | DC338025-OC1 | SDC Technology Services, LLC | DC338025-OP1 | |
| **Stingray** | 06/26/2026 | Cipher Stingray LLC | DC592871-OW1 | Amazon Data Services, Inc. | DC592871-OC1 | Amazon Data Services, Inc. | DC592871-OP1 | |
| **Switch AUS 4** | 06/26/2025 | Switch, LTD | DC440472-OW1 | Coreweave, Inc. | DC440472-OC1 | • Switch, LTD<br>• Coreweave Compute Acquistion Co. III, LLC<br>• Coreweave Financing DDTL V-V, LLC | • DC440472-OP1<br>• DC440472-OP2<br>• DC440472-OP3 | |
| **Temple Green Data Center** | 07/23/2021 | Rowan Moriah LLC. | DC362659-OW2 | Rhodium Renewables LLC | DC362659-OC1 | Rowan Moriah LLC. | DC362659-OP2 | |
| **TX11 Data Center** | 03/06/2024 | Vantage Data Centers TX11, LLC | DC536960-OW1 | Microsoft Corporation | DC536960-OC1 | • Vantage Data Centers TX11, LLC<br>• Vantage Data Centers Management Company LLC | • DC536960-OP1<br>• DC536960-OP2 | 11/4/2025 |
| **USBTC Pecos Data Center** | 04/01/2022 | U.S. Data Lone Star, Inc. | DC062205-OW1 | U.S. Data Lone Star, Inc. | DC062205-OC1 | U.S. Data Lone Star, Inc. | DC062205-OP1 | |
| **Walnut Springs ProjectCo LLC** | 06/30/2026 | Walnut Springs ProjectCo LLC | DC822760-OW1 | Walnut Springs ProjectCo LLC | DC822760-OC1 | Walnut Springs ProjectCo LLC | DC822760-OP1 | |
| **West Texas Data Center** | 05/04/2022 | WTDM OZB LLC | DC132838-OW1 | WTDM OZB LLC | DC132838-OC1 | WTDM OZB LLC<br>TNDS US Corp | DC132838-OP1<br>DC132838-OP2 | |
| **Whinstone US Data Center** | 06/30/2020 | Whinstone US Inc. | DC820786-OW1 | Whinstone US Inc. | DC820786-OC1 | Whinstone US Inc. | DC820786-OP1 | |

▼ Registered Qualifying Large Data Center Projects

- 0 - 9
- A
- B
- C
- D
- E
- F
- G
- H
- I
- J
- K
- L
- M
- N
- O
- P
- Q
- R
- S
- T
- U
- V
- W
- X
- Y

• 2

| Data Center | Effective Date | Owner Name | Owner Registration Number | Occupant Name | Occupant Registration Number | Operator Name | Operator Registration Number | Exemption End Date |
|---|---|---|---|---|---|---|---|---|
| **Alamo Data Center** | 11/02/2022 | Alamo Mission LLC | LD543087-OW1 | Design LLC | LD543087-OC1 | Google LLC | LD543087-OP1 | |
| **Beacon Point 1 Data Center** | 04-16-2026 | • Beacon Point Commercial Property Owners Association, Inc.<br>• TX Energy Dev, LLC<br>• Beacon Point DC, LLC | • LD619233-OW5<br>• LD619233-OW6<br>• LD619233-OW7 | Beacon Point DC, LLC | LD619233-OC2 | Beacon Point DC, LLC | LD619233-OP2 | |
| **Borden County Data Center** | 11/11/2025 | Borden County DC, LLC | LD179839-OW1 | Borden County DC, LLC | LD179839-OC1 | Borden County DC, LLC | LD179839-OP1 | |
| **Bull Data Center** | 11/04/2024 | IE US Development Holdings 5 Inc. | LD939441-OW1 | IE US Hardware 1 Inc. | LD939441-OC1 | IE US Development Holdings 5 Inc. | LD939441-OP1 | |
| **C1 Bosque I** | 04/07/2026 | Bosque Parcel 2, LLC | LD646862-OW1 | Google, LLC | LD646862-OC1 | Design, LLC | LD646862-OP1 | |
| **C1 Bosque II LLC** | 04/13/2026 | C1 Bosque II LLC | LD459723-OW1 | Amazon Data Services, Inc. | LD459723-OC1 | C1 Bosque II LLC | LD459723-OP1 | |
| **Cedarvale, Barslow/Pyote TX Data Center** | 03/16/2026 | Ionic Digital Cedarvale LLC | LD449964-OW1 | Nscale Ward County Borrower SPV, LLC | LD449964-OC1 | • Nscale Ward County, LLC<br>• Ionic Digital Mining, LLC | • LD449964-OP1<br>• LD449964-OP2 | |
| **Childress Data Center** | 08/10/2022 | IE US Development Holdings 3 Inc. | LD926028-OW2 | IE US Hardware 4 Inc. | LD926028-OC2 | IE US Development Holdings 3 Inc. | LD926028-OP2 | |
| **Cinco Data Center** | 09/11/2025 | Rowan Cinco LLC | LD107783-OW1 | Design LLC | LD107783-OC1 | Google LLC | LD107783-OP1 | |
| **Cipher Barber Lake LLC Data Center** | 11/07/2025 | Cipher Barber Lake LLC | LD910271-OW2 | Anthropic, PBC | LD910271-OC2 | Fluidstack USA II INC. | LD910271-OP2 | |
| **Cipher Black Pearl LLC Data Center** | 01/23/2026 | Cipher Black Pearl, LLC | LD089477-OW1 | Amazon Data Services, Inc. | LD089477-OC1 | Amazon Data Services, Inc. | LD089477-OP1 | |
| **Cottonwood Data Center** | 09/12/2025 | Core Scientific Inc. | LD291044-OW1 | Core Scientific Inc. | LD291044-OC1 | Core Scientific Inc. | LD291044-OP1 | |
| **Cutten Data Center** | 10/10/2024 | SF HOUC, LLC | LD357799-OW1 | SF HOUC, LLC | LD357799-OC1 | SF HOUC, LLC | LD357799-OP1 | |
| **Cyrusone LLC - Houston West III Data Center** | 01/31/2022 | Cyrusone LLC | LD797782-OW1 | Paile LLC | LD797782-OC1 | Cyrusone LLC | LD797782-OP1 | |
| **Denton Data Center** | 09/19/2024 | | | Coreweave Compute Acquisition Co V LLC | LD394824-OC2 | • Core Scientific, Inc.<br>• Coreweave, Inc. | • LD394824-OP1<br>• LD394824-OP2 | |
| **DFW02 LANCASTER (STACK)** | 10/31/2025 | SI DFW02A, LLC | LD112589-OW1 | SI DFW02A, LLC | LD112589-OC1 | • SI DFW02A, LLC<br>• Stack Infrastructure III TRC, LLC | • LD112589-OP1<br>• LD112589-OP2 | |
| **DFW-04 Data Center** | 01/27/2026 | Aligned Data Centers (Plano) Propco, LLC | LD325476-OW2 | Lambda Cloud Fund II MCI DAL, LLC | LD325476-OC2 | Lambda, Inc. | LD325476-OP3 | |
| **ECX AUS11-16** | 04/24/2026 | EdgeConnex MCN Austin Property 5, LLC | LD344298-OW1 | EdgeConnex MCN Austin Operations 5, LLC | LD344298-OC1 | EdgeConnex MCN Austin Operations 5, LLC | LD344298-OP1 | |
| **ECX AUS31-36** | 07/08/2026 | EdgeConnex MCN Austin Property 7, LLC | LLC LD790989-OW1 | EdgeConnex MCN Austin Operations 7, LLC | LLC LD790989-OC1 | EdgeConnex MCN Austin Operations 7, LLC | LLC LD790989-OP1 | |
| **EDC AUSTIN, LLC** | 01/09/2026 | EDC Austin, LLC | LD412491-OW1 | EDC Austin, LLC | LD412491-OC1 | EDC Austin, LLC | LD412491-OP1 | |
| **EDC Fort Worth, LLC** | 01/09/2026 | EDC Fort Worth, LLC | LD362584-OC1 | EDC Fort Worth, LLC | LD362584-OC1 | • EDC Fort Worth, LLC<br>• CDE Acquisitions, LLC<br>• EDC OPCO, LLC | • LD362584-OP1<br>• LD362584-OP3<br>• LD362584-OP2 | |
| **EdgeConneX AU02** | 07/11/2025 | DFW33220N, LLC | LD018726-OW1 | Coreweave, Inc. | LD018726-OC1 | DFW33220N Operations 1, LLC | LD018726-OP1 | |
| **Fermi Data Center 1** | 09/05/2025 | • Fermi Inc.<br>• Fermi Equipment Holdco, LLC<br>• Firebird Equipment Holdco, LLC<br>• Fermi Campus 1, LLC<br>• Fermi Warehouse, LLC<br>• Fermi High Voltage Warehouse, LLC<br>• Fermi Turbine Warehouse, LLC<br>• Fermi Mobile Gen, LLC<br>• Fermi Construction LLC | • LD669160-OW1<br>• LD669160-OW2<br>• LD669160-OW3<br>• LD669160-OW4<br>• LD669160-OW5<br>• LD669160-OW6<br>• LD669160-OW7<br>• LD669160-OW8<br>• LD669160-OW9 | Fermi Equipment Holdco, LLC | LD669160-OC1 | • Fermi Equipment Holdco, LLC | • LD669160-OP1 | |
| **Flamingo** | 08/10/2026 | Amazon Data Services, Inc. | LD150969-OW1 | Amazon Data Services, Inc. | LD150969-OC1 | Amazon Data Services, Inc. | LD150969-OP1 | |
| **Fluidstack Abernathy Data Center** | 01/20/2026 | FS AB LLC | LD921710-OW1 | Anthropic, PBC | LD921710-OC1 | FS AB LLC | LD921710-OP1 | |
| **Freestone Data Center** | 03/24/2026 | C1 Freestone 1, LLC | LD484797-OW2 | Paile, LLC | LD484797-OC1 | Paile, LLC | LD484797-OP1 | |
| **Giga Texas Datacenter** | 04/10/2024 | Tesla, Inc. | LD369821-OW1 | Tesla, Inc. | LD369821-OC1 | Tesla, Inc. | LD369821-OP1 | |
| **Gulf Horizon Data Center** | 05/04/2026 | Amazon Data Services, Inc. | LD056837-OW1 | Amazon Data Services, Inc. | LD056837-OC1 | Amazon Data Services, Inc. | LD056837-OP1 | |
| **HEL02 DC** | 11/07/2025 | Galaxy Helios II LLC | LD104412-OW1 | Coreweave, Inc. | LD104412-OC1 | • Coreweave, Inc.<br>• Galaxy Helios II LLC | • LD104412-OP1<br>• LD104412-OP2 | |
| **Hockley Data Center** | 08/20/2024 | SF HOUH LLC | LD470569-OW1 | SF HOUH LLC | LD470569-OC1 | SF HOUH LLC | LD470569-OP1 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Horizon** | 07/24/2025 | IE US Development Holdings 3 Inc. | LD039871-OW1 | IE US HARDWARE 3 LLC | LD039871-OC2 | IE US Development Holdings 3 Inc. | LD039871-OP1 | |
| **Hutto Data Center Campus LLC** | 03/10/2025 | Hutto Data Center Campus LLC | LD370879-OW1 | Design LLC | LD370879-OC1 | Google LLC | LD370879-OP1 | |
| **Lancium Abilene Clean Campus** | 05/26/2022 | • Lancium LLC<br>• Abilene DC 1, LLC | • LD565448-OW4<br>• LD565448-OW3 | Oracle America Cloud Services, LLC | LD565448-OC3 | • Oracle America, Inc.<br>• Lancium LLC<br>• Lancium Abilene, LLC | • LD565448-OP3<br>• LD565448-OP4<br>• LD565448-OP5 | |
| **Lancium Abilene Clean Campus II** | 04/17/2026 | Abilene DC 1, LLC | LD131731-OW2 | Oracle America Cloud Services, LLC | LD131731-OC2 | • Lancium Abilene, LLC<br>• Oracle America, Inc. | • LD131731-OP2<br>• LD131731-OP3 | |
| **Lancium Abilene Clean Campus III** | 01/28/2025 | Abilene DC 3 LLC | LD090472-OW4 | Oracle America Cloud Services, LLC | LD090472-OC3 | • Oracle America, Inc.<br>• Lancium LLC<br>• Lancium Abilene, LLC | • LD090472-OP4<br>• LD090472-OP5<br>• LD090472-OP6 | |
| **Lancium Abilene Clean Campus IV** | 03/16/2025 | Abilene DC 4, LLC | LD382318-OW3 | Oracle America Cloud Services, LLC | LD382318-OC3 | • Oracle America, Inc.<br>• Lancium LLC<br>• Lancium Abilene, LLC | • LD382318-OP4<br>• LD382318-OP5<br>• LD382318-OP6 | |
| **Lancium Abilene Clean Campus V** | 03/16/2025 | Abilene DC 5 LLC | LD579814-OW3 | Oracle America Cloud Services, LLC | LD579814-OC3 | • Oracle America, Inc.<br>• Lancium, LLC<br>• Lancium Abilene, LLC | • LD579814-OP5<br>• LD579814-OP6<br>• LD579814-OP7 | |
| **Lancium Abilene Clean Campus VI** | 03/16/2025 | Abilene DC 6 LLC | LD522306-OW3 | Oracle America Cloud Services, LLC | LD522306-OC3 | • Oracle America, Inc.<br>• Lancium LLC<br>• Lancium Abilene, LLC | • LD522306-OP5<br>• LD522306-OP6<br>• LD522306-OP7 | |
| **Lancium Abilene Clean Campus VII** | 03/16/2025 | Abilene DC 7 LLC | LD760309-OW3 | Oracle America Cloud Services, LLC | LD760309-OC3 | • Oracle America, Inc.<br>• Lancium, LLC<br>• Lancium Abilene, LLC | • LD760309-OP5<br>• LD760309-OP6<br>• LD760309-OP7 | |
| **Lancium Abilene Clean Campus VIII** | 03/16/2025 | Abilene DC 8 LLC | LD655815-OW3 | Oracle America Cloud Services, LLC | LD655815-OC3 | • Oracle America, Inc.<br>• Lancium, LLC<br>• Lancium Abilene, LLC | • LD655815-OP5<br>• LD655815-OP6<br>• LD655815-OP7 | |
| **Lancium Clean Campus - Childress 1** | 03/25/2025 | Lancium LLC | LD053115-OW1 | Lancium LLC | LD053115-OC1 | Lancium LLC | LD053115-OP1 | |
| **Lancium Clean Campus - Turkey 1** | 01/25/2026 | Lancium Turkey LLC | LD264642-OW1 | Lancium Turkey LLC | LD264642-OC1 | Lancium Turkey LLC | LD264642-OP1 | |
| **Lincoln Rackhouse** | 03/21/2023 | | | Coreweave, Inc. | LD321266-OC1 | • Coreweave, Inc.<br>• Coreweave Compute Acquisition Co. II, LLC | • LD321266-OP1<br>• LD321266-OP2 | |
| **Long Draw Data Center** | 04/30/2026 | DDH-LONESTAR-4, LLC | LD502572-OW1 | DDH-LONESTAR-4, LLC | LD502572-OC1 | DDH-LONESTAR-4, LLC | LD502572-OP1 | |
| **Meitner Data Center** | 04/27/2026 | IP Meitner DTC, LLC | LD893305-OW1 | Google LLC | LD893305-OC1 | • IP Meitner, LLC<br>• Design, LLC<br>• Google LLC | • LD893305-OP1<br>• LD893305-OP2<br>• LD893305-OP3 | |
| **Microsoft Corporation (SAT09 - SAT 13)** | 12/15/2015 | Microsoft Corporation | LD727073-OW1 | Microsoft Corporation | LD727073-OC1 | Microsoft Corporation | LD727073-OP1 | 12/15/2035 |
| **Microsoft Corporation (SAT 15-17)** | 04/04/2023 | Microsoft Corporation | LD371323-OW1 | Microsoft Corporation | LD371323-OC1 | Microsoft Corporation | LD371323-OP1 | |
| **Microsoft Corporation (SAT 80-85)** | 03/31/2022 | Microsoft Corporation | LD384204-OW1 | Microsoft Corporation | LD384204-OC1 | Microsoft Corporation | LD384204-OP1 | |
| **Microsoft Corporation (SAT 89-90)** | 04/04/2024 | Microsoft Corporation | LD772702-OW1 | Microsoft Corporation | LD772702-OC1 | Microsoft Corporation | LD772702-OP1 | |
| **Milam County Data Center** | 12/09/2025 | MDC Building 1, LLC | LD739472-OW3 | Orion DC I, LLC | LD739472-OC2 | Milam County DC, LLC | LD739472-OP1 | |
| **Milam County Data Center Phase 2** | 06/10/2026 | MDC Building 2, LLC | LD449821-OW1 | Orion DC I, LLC | LD449821-OC1 | Milam County DC, LLC | LD449821-OP1 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Nexus Data Centers** | 07/21/2025 | • Nexus Data Centers, LLC<br>• Nexus Hubbard Power, LLC<br>• Nexus Data Centers Hubbard LLC<br>• Nexus Data Center Hubbard B1 LLC<br>• Nexus Data Center Hubbard B2 LLC<br>• Nexus Data Center Hubbard B3 LLC<br>• Nexus Data Center Hubbard B4 LLC<br>• Nexus Hubbard Power B1 LLC<br>• Nexus Hubbard Power B2 LLC<br>• Nexus Hubbard Power B3 LLC<br>• Nexus Hubbard Power B4 LLC<br>• Nexus Hubbard Power CFCO LLC<br>• Nexus Hubbard Power DFCO A-1 LLC<br>• Nexus Data Center Hubbard CFCO LLC | • LD738113-OW5<br>• LD738113-OW6<br>• LD738113-OW7<br>• LD738113-OW8<br>• LD738113-OW9<br>• LD738113-OW10<br>• LD738113-OW11<br>• LD738113-OW12<br>• LD738113-OW13<br>• LD738113-OW14<br>• LD738113-OW15<br>• LD738113-OW16<br>• LD738113-OW17<br>• LD738113-OW18 | Anthropic, PBC | LD738113-OC2 | • Nexus Data Centers, LLC<br>• Nexus Operations Hubbard LLC<br>• Nexus Employee Holdco LLC | • LD738113-OP2<br>• LD738113-OP3<br>• LD738113-OP4 | |
| **Pecos Ranch Data Center** | 08/10/2026 | Amazon Data Services, Inc. | LD547974-OW1 | Amazon Data Services, Inc. | LD547974-OC1 | Amazon Data Services, Inc. | LD547974-OP1 | |
| **Polmer LLC Data Center** | 02/11/2022 | Polmer LLC | LD292979-OW1 | Polmer LLC | LD292979-OC1 | Polmer LLC | LD292979-OP1 | |
| **Poolside Data Center, Pecos County I** | 10/23/2025 | Poolside LF Phase 1 DC OPS, LLC | LD592430-OW1 | Poolside LF Phase 1 DC OPS, LLC | LD592430-OC1 | Poolside LF Phase 1 DC OPS, LLC | LD592430-OP1 | |
| **Poolside Data Center, Pecos County II** | 03/06/2026 | Poolside LF Phase 2 DC OPS, LLC | LLC LD035616-OW1 | Poolside LF Phase 2 DC OPS, LLC | LLC LD035616-OC1 | Poolside LF Phase 2 DC OPS, LLC | LD035616-OP1 | |
| **PowerCampus Dallas by Lancaster Data Center Campus LP** | 02/21/2025 | Lancaster Data Center Campus LP | LD502133-OW1 | Design, LLC | LD502133-OC1 | Google, LLC | LD502133-OP1 | |
| **Project Goodnight** | 06/20/2025 | • GN DC1, LLC<br>• GN DC2, LLC | • LD246216-OW1<br>• LD246216-OW2 | GN DC1, LLC | LD246216-OC1 | • GN DC1, LLC<br>• GN DC2, LLC | • LD246216-OP1<br>• LD246216-OP2 | |
| **Project Lightning** | 06/04/2026 | Vector Lightning, LLC | LD146226-OW1 | Vector Lightning, LLC | LD146226-OC1 | • Vector Lightning Energy, LLC<br>• Vector Power US LLC | • LD146226-OP1<br>• LD146226-OP2 | |
| **Project Watertower** | 03/24/2026 | Redwood Dallas SPV, LLC | LD781366-OW1 | Yondr USA, LLC | LD781366-OC1 | Yondr USA, LLC | LD781366-OP1 | |
| **Project Woodrow** | 04/15/2026 | Nolan Ranch DC Owner LLC | LD895699-OW1 | Nolan Ranch DC Owner LLC | LD895699-OP1 | Nolan Ranch DC Owner LLC | LD895699-OP1 | |
| **Pyote Data Center** | 07/11/2022 | DDH (North America) Inc. | LD442539-OW1 | DDH (North America) Inc. | LD442539-OC1 | DDH (North America) Inc. | LD442539-OP1 | |
| **Red Oak Texas Data Center** | 02/14/2022 | • Compass Datacenters DFW IIIA, LLC<br>• Compass Datacenters DFW III, LLC<br>• Compass Datacenters DFW IIIB, LLC<br>• Compass Datacenters DFW IIIC, LLC<br>• Compass Datacenters DFW IIID, LLC<br>• Compass Datacenters DFW IIIE, LLC | • LD711781-OW1<br>• LD711781-OW2<br>• LD711781-OW3<br>• LD711781-OW4<br>• LD711781-OW5<br>• LD711781-OW6 | Microsoft Corporation | LD711781-OC2 | Compass Datacenters, LLC | LD711781-OP2 | |
| **Red Oak Texas Data Center 2** | 03/14/2024 | • Compass Datacenters DFW IIIJ, LLC<br>• Compass Datacenters DFW III, LLC<br>• Compass Datacenters DFW IIIF, LLC<br>• Compass Datacenters DFW IIIG, LLC<br>• Compass Datacenters DFW IIIH, LLC<br>• Compass Datacenters DFW III-I, LLC | • LD716523-OW1<br>• LD716523-OW2<br>• LD716523-OW3<br>• LD716523-OW4<br>• LD716523-OW5<br>• LD716523-OW6 | Microsoft Corporation | LD716523-OC1 | Compass Datacenters, LLC | LD716523-OP1 | |
| **Riot Corsicana Data Center** | 08/22/2023 | Riot Corsicana, LLC | LD575955-OW1 | Riot Corsicana, LLC | LD575955-OC1 | Riot Corsicana, LLC | LD575955-OP1 | |
| **Riot Corsicana Data Center I** | 12/12/2025 | Riot Platforms, Inc. | LD571349-OW1 | Riot Platforms, Inc. | LD571349-OC1 | • Riot Platforms, Inc.<br>• Riot Corsicana Data Center I. LLC<br>• Riot Data Centers, LLC 3<br>• Riot Corsicana, LLC | • LD571349-OP1<br>• LD571349-OP2<br>• LD571349-OP3<br>• LD571349-OP4 | |
| **Riot Corsicana Data Center 02** | 05/21/2026 | Riot Platforms, Inc. | LD184719-OW1 | Riot Platforms, Inc. | LD184719-OC1 | • Riot Platforms, Inc.<br>• RPI Corsicana DC Holdings LLC<br>• Riot Corsicana, LLC<br>• RPI DC Master LLC<br>• RPI Corsicana DC Campus LLC<br>• RPI DFW02-01 DC LLC<br>• Riot DC Logistics LLC | • LD184719-OP1<br>• LD184719-OP2<br>• LD184719-OP3<br>• LD184719-OP4<br>• LD184719-OP5<br>• LD184719-OP7<br>• LD184719-OP8 | |
| **Riot Rockdale** | 10/03/2025 | Riot Platforms, Inc. | LD190032-OW2 | Riot Platforms, Inc. | LD190032-OC2 | • Riot Platforms, Inc.<br>• Whinstone US, Inc.<br>• Riot Data Centers, LLC | • LD190032-OP3<br>• LD190032-OP4<br>• LD190032-OP5 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Riot Rockdale Data Center 1** | 11/18/2025 | Riot Platforms, Inc. | LD118291-OW1 | Riot Platforms, Inc. | LD118291-OC1 | • Riot Platforms, Inc.<br>• Riot Rockdale Data Center 1<br>• Riot Data Centers, LLC<br>• Whinstone, US, Inc. | • LD118291-OP1<br>• LD118291-OP2<br>• LD118291-OP3<br>• LD118291-OP4 | |
| **Riot Rockdale Data Center 2** | 06/01/2026 | Riot Platforms, Inc. | LD794267-OW1 | Riot Platforms, Inc. | LD794267-OC1 | • Riot Platforms, Inc.<br>• RPI Rockdale DC Holdings LLC<br>• RPI DC Master LLC<br>• Whinstone US, Inc.<br>• RPI Rockdale DC Campus LLC<br>• RPI AUS01-0H DC LLC<br>• Riot DC Logistics, LLC | • LD794267-OP1<br>• LD794267-OP2<br>• LD794267-OP3<br>• LD794267-OP4<br>• LD794267-OP5<br>• LD794267-OP6<br>• LD794267-OP7 | |
| **Sharka Data Center** | 10/01/2018 | Sharka LLC | LD693418-OW2 | Design LLC | LD693418-OC1 | Google LLC | LD693418-0P1 | |
| **Spectrum Data Center** | 05/21/2026 | Amazon Data Services, Inc. | LD301087-OW1 | Amazon Data Services, Inc. | LD301087-OC1 | Amazon Data Services, Inc. | LD301087-OP1 | |
| **Stampede Data Center** | 05/21/2026 | Rowan Stampede LLC | LD267274-OW1 | Polmer LLC | LD267274-OC1 | Rowan Stampede LLC | LD267274-OP1 | |
| **STN OD1 - Project Landman** | 06/18/2026 | • RXT POWER, LLC<br>• STN INCORPORATED | • LD784204-OW1<br>• LD784204-OW2 | RXT POWER, LLC | LD784204-OC1 | RXT POWER, LLC | LD784204-OP1 | |
| **Sweetwater II** | 07/15/2025 | IE US DEVELOPMENT HOLDINGS 7 INC. | LD471220-OW1 | IE US HARDWARE 1 INC. | LD471220-OC1 | IE US DEVELOPMENT HOLDINGS 7 INC. | LD471220-OP1 | |
| **Temple Data Center** | 01/21/2026 | Rowan Temple LLC | LD294727-OW1 | Polmer LLC | LD294727-OC1 | Rowan Temple LLC | LD294727-OP2 | |
| **TX11-12 Data Center** | 11/05/2025 | • Vantage Data Centers TX11, LLC<br>• Vantage Data Centers TX12, LLC | • LD783253-OW1<br>• LD783253-OW2 | Oracle America Cloud Services, LLC | LD783253-OC1 | Vantage Data Centers Management Company, LLC | LD783253-OP1 | |
| **TX21-22 Data Center** | 11/05/2025 | • Vantage Data Centers TX21, LLC<br>• Vantage Data Centers TX22, LLC | • LD521147-OW1<br>• LD521147-OW2 | Oracle America Cloud Services, LLC | LD521147-OC1 | Vantage Data Centers Management Company, LLC | LD521147-OP1 | |
| **TX 301 Data Center** | 10/08/2025 | Vantage Data Centers TX301, LLC | LD467875-OW1 | Oracle America Cloud Services LLC | LD467875-OC1 | Vantage Data Centers TX301, LLC | LD467875-OP1 | |
| **TX 302 Data Center** | 10/08/2025 | Vantage Data Centers TX302, LLC | LD960266-OW1 | Oracle America Cloud Services LLC | LD960266-OC1 | Vantage Data Centers TX302, LLC | LD960266-OP1 | |
| **TX 303 Data Center** | 10/08/2025 | Vantage Data Centers TX303, LLC | LD394708-OW2 | Oracle America Cloud Services LLC | LD394708-OC1 | Vantage Data Centers TX303, LLC | LD394708-OP2 | |
| **TX 304 Data Center** | 10/08/2025 | Vantage Data Centers TX304, LLC | LD753524-OW1 | Oracle America Cloud Services LLC | LD753524-OC1 | Vantage Data Centers TX304, LLC | LD753524-OP1 | |
| **TX 305 Data Center** | 10/08/2025 | Vantage Data Centers TX305, LLC | LD677523-OW1 | Oracle America Cloud Services LLC | LD677523-OC1 | Vantage Data Centers TX305, LLC | LD677523-OP1 | |
| **TX 306 Data Center** | 10/08/2025 | Vantage Data Centers TX306, LLC | LD881935-OW1 | Oracle America Cloud Services LLC | LD881935-OC1 | Vantage Data Centers TX306, LLC | LD881935-OP1 | |
| **TX 307 Data Center** | 10/08/2025 | Vantage Data Centers TX307, LLC | LD696769-OW1 | Oracle America Cloud Services LLC | LD696769-OC1 | Vantage Data Centers TX307, LLC | LD696769-OP1 | |
| **TX 308 Data Center** | 10/08/2025 | Vantage Data Centers TX308, LLC | LD772770-OW1 | Oracle America Cloud Services LLC | LD772770-OC1 | Vantage Data Centers TX308, LLC | LD772770-OP1 | |
| **TX 309 Data Center** | 10/08/2025 | Vantage Data Centers TX309, LLC | LD884265-OW1 | Oracle America Cloud Services LLC | LD884265-OC1 | Vantage Data Centers TX309, LLC | LD884265-OP1 | |
| **TX 310 Data Center** | 10/08/2025 | Vantage Data Centers TX310, LLC | LD781786-OW1 | Oracle America Cloud Services LLC | LD781786-OC2 | Vantage Data Centers TX310, LLC | LD781786-OP1 | |
| **Winner LLC d/b/a Ernst LLC** | 06/22/2015 | Winner LLC d/b/a Ernst LLC | LD771235-OW1 | Winner LLC d/b/a Ernst LLC | LD771235-OC1 | Winner LLC d/b/a Ernst LLC | LD771235-OP1 | 06/22/2035 |
| **Wurldwide LLC DBA Statue LLC** | 09/17/2025 | Wurldwide LLC DBA Statue LLC | LD801559-OW1 | Wurldwide LLC DBA Statue LLC | LD801559-OC1 | Wurldwide LLC DBA Statue LLC | LD801559-OP1 | |