# EXHIBIT

# 20

**Subject:** Re: RE: Neural AI Subpoena
**Date:** Thursday, April 9, 2026 at 4:40:00 PM Pacific Daylight Time
**From:** Tanner Laiche
**To:** Olivia Nguyen, Adam Kessel
**CC:** Rocco Magni, Tamar Lusztig, Brian Melton, Max Tribble, Emily Portuguese, Samuel Drezdzon, Richard Wojtczak, Rachel Hanna, Elizabeth Grant
**Attachments:** RE49461.pdf, RE48438.pdf, US8648867.pdf, Refined Subpoena Definitions.docx

Counsel,

Thank you for the meet and confer earlier this week. As discussed, attached are the asserted patents and asserted claims:

- ’867 Patent: Claims 16–19
- ’461 Patent: Claims 21–25, 27–30
- ’438 Patent: Claims 1, 3–6, 8–9, 12, 14, 17–18, 21–23, 29–30, 32, 40, 43–44, 46, 48, 51–52, and 55–57

Also attached are refined definitions for the accused NVIDIA hardware and software, including clarifications consistent with the Court’s recent discovery orders confirming that certain NVIDIA hardware and software fall within the scope of discovery in this case.

As discussed, we look forward to receiving CoreWeave’s document production within two weeks. After reviewing the production, we will follow up regarding any deficiencies we identify. Please also confirm whether CoreWeave uses accused NVIDIA software in conjunction with accused NVIDIA hardware for any of its own internal systems and workflows, and if so, please include responsive documents related to those use cases in your forthcoming production.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 I tlaiche@susmangodfrey.com
401 Union Street I Suite 3000 I Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Date:** Friday, April 3, 2026 at 3:48 PM
**To:** Olivia Nguyen <onguyen@fr.com>, Adam Kessel <Kessel@fr.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>, Tamar Lusztig <TLusztig@susmangodfrey.com>, Brian Melton <BMelton@SusmanGodfrey.com>, Max Tribble <MTRIBBLE@SusmanGodfrey.com>, Emily Portuguese <EPortuguese@susmangodfrey.com>, Samuel Drezdzon <SDrezdzon@susmangodfrey.com>, Richard Wojtczak <rwojtczak@susmangodfrey.com>, Rachel Hanna <RHanna@susmangodfrey.com>, Elizabeth Grant <EGrant@susmangodfrey.com>
**Subject:** Re: RE: Neural AI Subpoena

Counsel,

Thank you for your response. I will circulate a calendar invite for Monday at 11:30 am PT.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 I tlaiche@susmangodfrey.com
401 Union Street I Suite 3000 I Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Olivia Nguyen <onguyen@fr.com>
**Date:** Thursday, April 2, 2026 at 3:08 PM
**To:** Tanner Laiche <TLaiche@susmangodfrey.com>, Adam Kessel <Kessel@fr.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>, Tamar Lusztig <TLusztig@susmangodfrey.com>, Brian Melton <BMelton@SusmanGodfrey.com>, Max Tribble <MTRIBBLE@SusmanGodfrey.com>, Emily Portuguese <EPortuguese@susmangodfrey.com>, Samuel Drezdzon <SDrezdzon@susmangodfrey.com>, Richard Wojtczak

<rwojtczak@susmangodfrey.com>, Rachel Hanna <RHanna@susmangodfrey.com>, Elizabeth Grant <EGrant@susmangodfrey.com>
**Subject:** RE: RE: Neural AI Subpoena

EXTERNAL Email

Counsel,

Thank you for your email. CoreWeave is conducting a reasonable search for documents consistent with its December 1, 2025 responses and intends to produce non-privileged, responsive materials. We would welcome a meet and confer to confirm alignment on the scope of the requests and the anticipated production timeline. We are available to discuss these matters on Monday, April 6 between 11am-2pm PT.

Thanks,

**Olivia T Nguyen**
Principal ■ Fish & Richardson P.C.

**T:** 650 839 5151 | onguyen@fr.com | Bio

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Sent:** Wednesday, April 1, 2026 3:47 PM
**To:** Olivia Nguyen <onguyen@fr.com>; Adam Kessel <Kessel@fr.com>
**Cc:** RMagni@susmangodfrey.com; Tamar Lusztig <TLusztig@susmangodfrey.com>; bmelton@susmangodfrey.com; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; SDrezdzon@susmangodfrey.com; Richard Wojtczak <rwojtczak@susmangodfrey.com>; RHanna@susmangodfrey.com; Elizabeth Grant <egrant@susmangodfrey.com>
**Subject:** Re: RE: Neural AI Subpoena

Counsel,

I am following up on this email. Please provide your availability to meet and confer.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 I tlaiche@susmangodfrey.com
401 Union Street I Suite 3000 I Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Date:** Thursday, March 26, 2026 at 5:23 PM
**To:** Olivia Nguyen <onguyen@fr.com>, Adam Kessel <Kessel@fr.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>, Tamar Lusztig <TLusztig@susmangodfrey.com>, Brian Melton <BMelton@SusmanGodfrey.com>, Max Tribble <MTRIBBLE@SusmanGodfrey.com>, Emily Portuguese <EPortuguese@susmangodfrey.com>, Samuel Drezdzon <SDrezdzon@susmangodfrey.com>, Richard Wojtczak <rwojtczak@susmangodfrey.com>, Rachel Hanna <RHanna@susmangodfrey.com>, Elizabeth Grant <EGrant@susmangodfrey.com>
**Subject:** Re: RE: Neural AI Subpoena

Counsel,

We are following up regarding CoreWeave's December 1, 2025 objections and responses to Neural AI's subpoena. In those responses, CoreWeave stated that it would produce responsive, non-privileged documents for several requests after a reasonable search, such as documents sufficient to identify CoreWeave commercial products using NVIDIA hardware or software for GPU acceleration, certain high-level technical documentation, documents concerning use of NVLink or MIG, and marketing materials referencing such use.

To date, however, CoreWeave has not produced any documents or otherwise followed up regarding the requests for which it agreed to conduct a search and produce responsive materials. Please confirm by April 2 whether CoreWeave will proceed with its stated search and production, and, if so, provide a date by which we can expect that production.

In addition, to the extent CoreWeave narrowed any request or does not agree to search for and produce documents responsive to any request, please provide your availability to meet and confer so we can address those issues and, if necessary, raise them with

the Court.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 l tlaiche@susmangodfrey.com
401 Union Street l Suite 3000 l Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Olivia Nguyen <onguyen@fr.com>
**Date:** Monday, December 1, 2025 at 8:46 PM
**To:** Tanner Laiche <TLaiche@susmangodfrey.com>, Adam Kessel <Kessel@fr.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>, Tamar Lusztig <TLusztig@susmangodfrey.com>, Brian Melton <BMelton@SusmanGodfrey.com>, Max Tribble <MTRIBBLE@SusmanGodfrey.com>, Emily Portuguese <EPortuguese@susmangodfrey.com>, Samuel Drezdzon <SDrezdzon@susmangodfrey.com>, Richard Wojtczak <rwojtczak@susmangodfrey.com>, Rachel Hanna <RHanna@susmangodfrey.com>, Elizabeth Grant <EGrant@susmangodfrey.com>
**Subject:** RE: Neural AI Subpoena

EXTERNAL Email

Counsel,

Please find attached for service CoreWeave's objections and responses to Neural AI's subpoena.

Thanks,
Olivia

**Olivia T Nguyen**
Principal ■ Fish & Richardson P.C.

**T:** 650 839 5151 **|** onguyen@fr.com **|** Bio

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Sent:** Wednesday, November 5, 2025 8:43 PM
**To:** Adam Kessel <Kessel@fr.com>
**Cc:** RMagni@susmangodfrey.com; Tamar Lusztig <TLusztig@susmangodfrey.com>; bmelton@susmangodfrey.com; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; SDrezdzon@susmangodfrey.com; Richard Wojtczak <rwojtczak@susmangodfrey.com>; RHanna@susmangodfrey.com; egrant <egrant@susmangodfrey.com>; Olivia Nguyen <onguyen@fr.com>
**Subject:** Re: Neural AI Subpoena

Yes, December 1 is fine.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 l tlaiche@susmangodfrey.com
401 Union Street l Suite 3000 l Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

*This e-mail may contain privileged and confidential information. If you received this message in error, please notify me and delete it immediately.*

---

**From:** Adam Kessel <Kessel@fr.com>
**Date:** Wednesday, November 5, 2025 at 5:43 PM
**To:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>, Tamar Lusztig <TLusztig@susmangodfrey.com>, Brian Melton <BMelton@SusmanGodfrey.com>, Max Tribble <MTRIBBLE@SusmanGodfrey.com>, Emily Portuguese <EPortuguese@susmangodfrey.com>, Samuel Drezdzon <SDrezdzon@susmangodfrey.com>, Richard Wojtczak <rwojtczak@susmangodfrey.com>, Rachel Hanna <RHanna@susmangodfrey.com>, Elizabeth Grant <EGrant@susmangodfrey.com>, Olivia Nguyen <onguyen@fr.com>
**Subject:** RE: Neural AI Subpoena
EXTERNAL Email

November 29 is the Saturday after Thanksgiving. Can we agree to set the deadline to Monday, December 1?

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Sent:** Thursday, October 23, 2025 4:32 PM
**To:** Adam Kessel <Kessel@fr.com>
**Cc:** RMagni@susmangodfrey.com; Tamar Lusztig <TLusztig@susmangodfrey.com>; bmelton@susmangodfrey.com; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; SDrezdzon@susmangodfrey.com; Richard Wojtczak <rwojtczak@susmangodfrey.com>; RHanna@susmangodfrey.com; egrant <egrant@susmangodfrey.com>
**Subject:** Re: Neural AI Subpoena

[This email originated outside of F&R.]

Counsel,

Thank you for your email. As the noticed compliance date was November 7, 2025, that already reflected an extension from service. That said, we're agreeable to a 30-day extension from the Rule 45 default deadline. Because the subpoena was served on October 16, 2025, that would extend the deadline to November 29, 2025.

Please let me know if you'd like to schedule a call to discuss further.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

*This e-mail may contain privileged and confidential information. If you received this message in error, please notify me and delete it immediately.*

---

**From:** Adam Kessel <Kessel@fr.com>
**Date:** Wednesday, October 22, 2025 at 12:00 PM
**To:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Subject:** Neural AI Subpoena
EXTERNAL Email

Mr. Laiche:

This firms represents CoreWeave. I have just received Neural AI's subpoena out of the Nvidia case. We'll need some time to get our arms around the requests and figure out what we may be able to provide. Can Neural AI agree to a 30-day extension over its noticed date of November 7, 2025 for a response from CoreWeave?

Regards,
**Adam Kessel**
Principal ■ Fish & Richardson P.C.

**T:** 617 368 2180 **|** Kessel@fr.com

****************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
****************************************************************************************************************************

****************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
****************************************************************************************************************************

****************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**************************************************************************************************************************

**************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
**************************************************************************************************************************