**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Petitioner,<br><br>v.<br><br>COREWEAVE, INC.,<br><br>Respondent. | Misc. Case No. 7:26-mc-00323-DC<br><br>Principal case pending in Western District of Texas, Civil Action No. 7:24-cv-00221-LS-DTG |

**NEURAL AI'S MOTON TO DISMISS**

On August 18, 2026, Petitioner Neural AI, LLC filed its Motion to Compel Compliance with Subpoena Served on Third-Party CoreWeave, Inc. in Miscellaneous Case No. 7:26-mc-00323-LS.

The parties have since reached a resolution regarding the discovery sought by the motion. Accordingly, Neural AI hereby withdraws its Motion to Compel as moot.

Neural AI respectfully requests that the Court terminate the pending Motion to Compel and close this miscellaneous action.

Dated September 16, 2026

*/s/ Rocco Magni*
Max L. Tribble (TX 20213950)
Brian D. Melton (TX 24010620)
Rocco Magni, (TX 24092745)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com

bmelton@susmangodfrey.com
rmagni@susmangodfrey.com

Tamar Lusztig (NY 5125174)
Emily Portuguese (NY 5920327)
One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche (WA 60450)
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

*Attorneys for Petitioner Neural AI, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for CoreWeave, Inc.

*/s/ Rocco Magni*
Rocco Magni